Pele K. Bradford, pro se.

THE STATE OF OHIO, APPELLEE, *v.* CORNELISON, APPELLANT.

2016-Ohio-2968.]

(No. 2014–1402—Submitted April 7, 2016—Decided May 17, 2016.)

{¶ 1} In *State v. Marcum*, 146 Ohio St.3d 516, 2016-Ohio-1002, 59 N.E.3d 1231, we held that R.C. 2953.08(G)(2) allows an appellate court to increase, reduce, or otherwise modify a sentence only when it clearly and convincingly finds that the sentence is (1) contrary to law or (2) unsupported by the record. *Id.* at ¶ 7.

{¶ 2} The judgment of the court of appeals in the instant case is reversed, and the cause is remanded to the court of appeals for application of *Marcum.*

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Charles E. Coulson, Lake County Prosecuting Attorney, and Alana A. Rezaee, Assistant Prosecuting Attorney, for appellee.

Derek Cek, for appellant.